**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

AMANDA LAWSON-ROSS and
TRISTIAN BYRNE,

    VS                                          CASE NO.  1:17-CV-253-MW/GRJ

GREAT LAKES HIGHER EDUCATION
CORP.,

**JUDGMENT**

    Plaintiffs' claims are dismissed.

                                    JESSICA J. LYUBLANOVITS
                                    CLERK OF COURT

                                    *s / TiAnn Stark*

September 20, 2018
DATE                                  Deputy Clerk: TiAnn Stark