# Blair Patton

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Friday, October 26, 2018 3:59 PM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 18-14490-JJ Amanda Lawson-Ross, et al v. Great Lakes Higher Education C "Civil Appeal Docketed - Notice of Appeal" (1:17-cv-00253-MW-GRJ) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was entered on 10/26/2018 at 3:49:15 PM EDT and filed on 10/23/2018

| | |
|---|---|
| **Case Name:** | Amanda Lawson-Ross, et al v. Great Lakes Higher Education C |
| **Case Number:** | 18-14490 |
| **Document(s):** | Document(s) |

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellants Tristain Byrne and Amanda Lawson-Ross on 10/22/2018. Fee Status: Fee Paid. No hearings to be transcribed. The appellant's brief is due on or before 12/03/2018. The appendix is due no later than 7 days from the filing of the appellant's brief. Awaiting Appellant's Certificate of Interested Persons due on or before 11/06/2018 as to Appellant Amanda Lawson-Ross. Awaiting Appellee's Certificate of Interested Persons due on or before 11/20/2018 as to Appellee Great Lakes Higher Education Corporation

**Notice will be electronically mailed to:**

Brandon Kyle Breslow
Gus M. Centrone
Jessica Lyublanovits, Clerk of Court
Katherine Earle Yanes


**Notice sent via US Mail to:**

Theodore Richard Flo
BALLARD SPAHR LLP - WASHINGTON DC
1909 K ST NW FL 12
WASHINGTON, DC 20006

Christopher Mark Paolini
Carlton Fields Jorden Burt, PA

450 S ORANGE AVE STE 500
ORLANDO, FL 32801-3336

The following document(s) are associated with this transaction:
**Document Description:** DKT-7CIV Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/CraigGantt_1814490_8603528_DKT-7CIVCivilEarlyBriefing_114.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=10/23/2018] [FileNumber=8603528-2]
[66df40c83d87cc4e6f535f4ff8a26d10e05a41993945cba0ccfb9fe547929187a88c225a9d1397ed30ee7ae277b695a95b66976e7192d50e7a3df9f7f73afb18]]
**Recipients:**

- [Brandon Kyle Breslow](#)
- [Gus M. Centrone](#)
- [Theodore Richard Flo](#)
- [Jessica Lyublanovits, Clerk of Court](#)
- [Christopher Mark Paolini](#)
- [Katherine Earle Yanes](#)

**Document Description:** Civil Appeal Docketed - Notice of Appeal
**Original Filename:** NOA 18-14490.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=10/23/2018] [FileNumber=8603528-0]
[83c9e09abd461e066e1a2bf3f8a27c1ce4fb4b072e9af0afea945dd8c26a8eb4a83ea1503977595929f7b79a425918994501b6600a473420f924185b418880c2]]

**Document Description:** District Court Order, doc no 44.
**Original Filename:** DC order 18-14490.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=10/23/2018] [FileNumber=8603528-1]
[1693a7dd3f5b1230d5d256d4e5ba57ab08d955b6298dda9f6df6a587289c0186aacde73c8b2ed615087baecdfff64005be8b58039d4798385d4f5229bbb770cd]]