UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KATE ALEXANDER,**

    **Plaintiff,**

v.                                      **CASE NO.: 1:17-cv-253-MW-GRJ**

**GREAT LAKES HIGHER,
EDUCATION CORP.,**

    **Defendant.**
_____/

## **NOTICE OF PENDING SETTLEMENT**

Plaintiff, Kate Alexander, by and through undersigned counsel, hereby files this Notice of Pending Settlement. By submission of this Notice, submitting counsel represents that this matter has settled in principle subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

Dated:  September 21, 2021                    Respectfully Submitted,

                                                  **SHRADER LAW, PLLC**
612 W. Bay Street
Tampa, Florida 33606
Phone: (813) 360-1529
Fax:    (813) 336-0832


/s/ Brian L. Shrader
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@shraderlawfirm.com
*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2021, a true and correct copy of the forgoing was filed with the Clerk of Court for the Northern District of Florida through the CM/ECF system that will give notice to all parties of record.

/s/ Brian L. Shrader
*Attorney*