UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KATE ALEXANDER,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**CASE NO.: 1:17-cv-253-MW-GRJ**

**GREAT LAKES HIGHER,**
**EDUCATION CORP.,**

    **Defendant.**
_____/

## **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Kate Alexander, and Defendant, Great Lakes Higher Education Corp., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above case with prejudice. Each party is to bear their own attorney's fees and costs.

[Signatures are on the next page]

1

Dated: October 28, 2021

| | |
|---|---|
| **SHRADER LAW, PLLC**<br>612 W. Bay Street<br>Tampa, Florida 33606<br>Phone: (813) 360-1529<br>Fax: (813) 336-0832<br><br><br>/s/ Brian L. Shrader_____<br>**BRIAN L. SHRADER, ESQ.**<br>Florida Bar No. 57251<br>e-mail: bshrader@shraderlawfirm.com<br>**Attorney for Plaintiff** | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br><br>/s/ Christopher O. Murray_____<br>Christopher O. Murray *pro hac vice*<br>Matthew C. Arentsen *pro hac vice*<br>410 Seventeenth Street, Suite 2200<br>Denver, CO 80202<br>Telephone: 303-223-1100<br>Facsimile: 303-223-1111<br>Email: cmurray@bhfs.com<br>marentsen@bhfs.com<br><br>and<br><br>CARLTON FIELDS, P.A.<br>Christopher Paolini<br>Florida Bar No. 669199<br>Carlton Fields, P.A.<br>200 S. Orange Avenue, Suite 1000<br>Orlando, FL 32801<br>Telephone: 407-244-8253<br>Facsimile: 407-648-9099<br>Email: cpaolini@carltonfields.com<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I certify that on October 28, 2021, a copy of the foregoing was filed electronically using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Brian L. Shrader
Attorney