IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KATE ALEXANDER,**

    **Plaintiff,**

v.                                                  Case No. 1:17-cv-253-AW-GRJ

**GREAT LAKES HIGHER
EDUCATION CORP.,**

    **Defendant.**

_____/

## **ORDER CLOSING FILE**

The parties have filed a joint stipulation of dismissal with prejudice. ECF No. 101. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on November 1, 2021.

                                                    s/ *Allen Winsor*
                                                    United States District Judge